

# Fourth Court of Appeals

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-15-00017-CR

Trial Court Style: The State of Texas v. Joseph Losoya

Trial Court No.: 29941

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: 11-21-2104
The record was originally due: 1-21-2015 (not sure if this is correct)
I anticipate the length of the record to be: 63 pages

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

☒ Other. Explain [attach additional pages if needed]: Have been out sick with sinus infection, flu and bronchitis for an extended period.

I anticipate the record will be completed by: 3-2-2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 2-2-2015            Signature: Cynthia D. Lewis, CSR

Printed
Name: Cynthia D. Lewis, CSR

Title: official court reporter

Rev. 1.8.14